IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON A. PAYNE, | 1:13-cv-01557-GSA (PC) |
|     Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |
| vs. | |
| CONNIE GIPSON, et al., | |
|     Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 26, 2013, together with an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915. However, Plaintiff did not submit the application on the appropriate form. Plaintiff shall be allowed additional time to submit a new application on the appropriate form. **Plaintiff shall not be required to submit another copy of his prison trust account statement.**

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **Plaintiff is not required to submit another copy of his prison trust account statement.**

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   October 3, 2013            /s/ Gary S. Austin
                                                      UNITED STATES MAGISTRATE JUDGE