UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON A. PAYNE,<br><br>    Plaintiff,<br><br>vs.<br><br>C. GIPSON, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-01557-RRB<br><br>**DISMISSAL ORDER** |

The record in this case reflects that on January 27, 2015, the Court dismissed the Complaint with leave to amend. The Amended Complaint was due March 2, 2015.[1] Subsequently, this Court granted Plaintiff an extension through and including May 2, 2015, within which to file his Amended Complaint.[2] To date Payne has neither filed an Amended Complaint nor requested additional time within which to so do. This Court may dismiss *sua sponte* for failure to prosecute, or failure to comply with a court order or rule.[3] Here, despite being granted substantial time to so do, Payne has failed to file an Amended Complaint.

Accordingly, the Complaint on file herein is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED** this 1st day of June, 2015.

                            S/ RALPH R. BEISTLINE
                            UNITED STATES DISTRICT JUDGE

---

[1] Docket 12.

[2] Docket 14.

[3] Fed. R. Civ. P. 41(b); *see Hells Canyon Preservation Council v. U. S. Forest Serv.* 403 F.3d 683, 689 (9th Cir. 2005).

DISMISSAL ORDER