UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON A. PAYNE,<br><br>    Plaintiff,<br><br>vs.<br><br>C. GIPSON, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-01557-RRB<br><br>**ORDER GRANTING**<br>**MOTION AT DOCKET 21** |

At **Docket 21** Plaintiff Myron A. Payne, a state prisoner appearing *pro se* and *in forma pauperis*, moved to extend the time within which to file an Amended Complaint. On January 27, 2015, the Court entered its Dismissal Order granting Payne through and including March 2, 2015, within which to file an Amended Complain consistent with that Order.[1]  The Court granted Payne's second request, extending the time within which to file an Amended Complaint through and including May 2, 2015.[2]  On August 17, 2015, Payne filed a notice of intent to stand on his complaint and objecting to the Court's Order dismissing certain claims and defendants,[3] which the Court denied but granted Payne through and including September 30, 2015, within which to file an Amended Complaint.[4]

---

    [1] Docket 12.

    [2] Docket 14.

    [3] Docket 19.

    [4] Docket 20.

The Court further notes that during the nearly eight-month period since he was first granted leave to amend Payne has been able to research, prepare and file at least two motions seeking reconsideration of the Court's January Dismissal Order,[5] instead of complying with the Court's Order. Consequently, Payne's inability to comply with the Court's Dismissal Order within a reasonable time is mostly a result of Payne's own dilatory tactics, not circumstances beyond his control.

In his current motion contends that on September 4, 2015, he was unlawfully placed in administrative segregation as a result of which he has been denied access to his legal materials. Accepting as true for the purposes of ruling on the motion before the Court that Payne was *unlawfully* placed in administrative segregation thereby depriving him access to his legal materials, the Court will grant him an additional 30 days within which to file his Amended Complaint.

Plaintiff is hereby granted through and including **October 30, 2015**, within which to file an Amended Complaint consistent with the Court's January 27, 2015, Dismissal Order.

***Failure to file an Amended Complaint on before October 30, 2015, may result in dismissal of this action without further notice to Plaintiff.***[6]

**IT IS SO ORDERED** this 18th day of September, 2015.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[5] The second of these two motions, dated August 10, 2015, consisted of nine pages of typed material, including legal argument and citation to numerous cases.

[6] Fed. R. Civ. P. 41(b); see Hells Canyon Preservation Council v. U. S. Forest Serv. 403 F.3d 683, 689 (9th Cir. 2005).